**In re Lynwood T. MOORE.**

No. 12–03–00177–CV.

Court of Appeals of Texas, Tyler.

June 18, 2003.

Robert Foster, Foster & Foster, Longview, for relator.

Randall L. Rogers, Tyler, for respondent.

Paul T. Fanning, Law Office of Paul T. Fanning, Tyler, for real party in interest.

Panel consisted of WORTHEN, C.J. and GRIFFITH, J.

## OPINION

JAMES T. WORTHEN, Chief Justice.

Relator Lynwood T. Moore ("Moore") seeks a writ of mandamus requiring the trial court to vacate temporary orders entered in a divorce proceeding. Moore also requests emergency relief. Based upon our review of Moore's motion for emergency stay, mandamus petition, and the accompanying record, we conclude that Moore has not shown himself entitled to the relief he seeks. Accordingly, the emergency stay and the writ of mandamus are *denied.*